IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEBRA HUNTER                                                             PLAINTIFF

vs.                                     Civil Action No. 3:08-cv-435 HTW-LRA

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                DEFENDANT


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, THIS THE 23rd DAY OF JULY, 2010.**

                                              s/ HENRY T. WINGATE
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT